

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00128-CV

**NEWPORT CLASSIC HOMES, LP, LLC**,
Appellant

v.

Rafael **LAGUNES**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02113
Honorable Rosie Alvarado, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  March 28, 2018

DISMISSED

On March 1, 2018, Newport Classic Homes, LP, LLC filed a notice of appeal, stating that it intended to appeal from the trial court's order signed February 9, 2018. On March 15, 2018, appellant filed a motion to dismiss this appeal, stating that its notice of appeal was mistakenly filed and it does not wish to pursue an appeal. Appellant's motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM